# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-25-00600-CV

---

**Robert Milton Davis, Appellant**

**v.**

**Rebecca Hamilton Davis, Appellee**

---

### FROM THE 33RD DISTRICT COURT OF BLANCO COUNTY
### NO. CV08541, THE HONORABLE J. ALLAN GARRETT, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on November 10, 2025. On December 11, 2025, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by December 22, 2025, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Maggie Ellis, Justice

Before Justices Triana, Kelly, and Ellis

Dismissed for Want of Prosecution

Filed: January 2, 2026